**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDGAR JARAMILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 10 CV 01362 |
| v. | ) | |
| | ) | *(Judge Coar)* |
| CITY OF BERWYN and BERWYN | ) | |
| POLICE DETECTIVE MICHAEL | ) | |
| FELLOWS #222 | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT OF PARTIES' PLANNING CONFERENCE**

Pursuant to this court's order, KENNETH FLAXMAN representing plaintiff(s), and THOMAS GRIBBEN and EDMUND P. WANDERLING representing the defendant(s), met on April 21, 2010 pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. Discovery will be needed on the following subjects:

1. Liability: The validity of defendant's justification for requiring the catheterization alleged in the complaint.

2. Damages: The extent, if any, to which plaintiff was damaged by the catheterization alleged in the complaint

B.  Discovery should be conducted in phases.

E.  Discovery is not likely to be contentious and management of discovery should be referred to the Magistrate Judge.    Yes ____    No __X__

F.  The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

G.  The parties have discussed the possibility of alternative dispute resolution and Concluded that ADR is not feasible in this case.

H.  The parties have discussed a prompt settlement or other resolution of this matter. The plaintiff has not yet made a written demand, and the defendant has not yet made any offer.

I.  The Court should consider the following methods of expediting the resolution of this matter:

None_____


/s/  Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604
(312) 427-3200
*an attorney for plaintiff*


/s/  Edmund P. Wanderling (with consent)
Edmund P. Wanderling
2505 S. Des Plaines Avenue
North Riverside, IL 60546
(708) 443-5400
*attorney for City of Berwyn*

/s/  Thomas Gribben (with consent)
Thomas Gribben
3415 S Harlem Ave
Berwyn, Il 60402
(708) 749-2405
*Attorney for City of Berwyn*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served on Edmund P. Wanderling , 2505 S. Des Plaines Avenue , North Riverside, IL 60546 , and Thomas Gribben, 3415 S Harlem Ave, Berwyn, Il 60402, by telefax to this 29th day of April, 2010.  with confirmatory copy by first class mail, postage prepaid, this 29th day of April, 2010.

/s/ Kenneth N. Flaxman

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430
(312) 427-3200

*attorney for plaintiff*