**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDGAR JARAMILLO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 10 CV 01362 |
| v. | ) | |
| | ) | *(Judge Coar)* |
| CITY OF BERWYN and BERWYN | ) | |
| POLICE DETECTIVE MICHAEL | ) | |
| FELLOWS #222 | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED SCHEDULING ORDER**

**1.** **Discovery**

The following time limits and deadlines shall be applicable.

A. All disclosures required by Rule 26(a)(1) shall be made on or before May 17, 2010.

B. Any amendments to pleadings or actions to join other parties shall be filed on or before June 21, 2010.

C. The cutoff of fact discovery shall be November 11, 2010.

D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before September 11, 2010.

E. The parties may depose the other side's expert at any time prior to November 11, 2010.

F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to December 11, 2010.

G. The parties shall have until January 11, 2011 to depose the opposing party's rebuttal expert.

**2.** **Motions**

Any dispositive motions to be filed on or before December 11, 2010.

**3.** **Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before February 11, 2012.

The final pretrial conference will be held on _____ at ___.m.

**4.** **Trial**

Trial is set in this matter on _____ at 10:00 a.m.

**5.** **Status Hearings**

A further status hearing/preliminary pretrial conference should be held

on _____.

ENTER:

  
*David H. Coar*  
*United States District Judge*

Agreed to:

Edmund P. Wanderling  
2505 S. Des Plaines Avenue  
North Riverside, IL 60546  
(708) 443-5400  
*attorney for defendant Fellows*

Thomas Gribben  
3415 S Harlem Ave  
Berwyn, Il 60402  
(708) 749-2405  
*Attorney for City of Berwyn*

Kenneth N. Flaxman  
200 S. Michigan, Ste 1240  
Chicago, IL 60604  
(312) 427-3200  
*an attorney for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing to be served on Edmund P. Wanderling , 2505 S. Des Plaines Avenue , North Riverside, IL 60546 , and Thomas Gribben, 3415 S Harlem Ave, Berwyn, Il 60402, by telefax to this 29th day of April, 2010.  with confirmatory copy by first class mail, postage prepaid, this 29th day of April, 2010.

/s/ Kenneth N. Flaxman

KENNETH N. FLAXMAN
ARDC No. 830399
200 South Michigan Avenue
Suite 1240
Chicago, Illinois 60604-2430
(312) 427-3200

*attorney for plaintiff*